**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 12-00946-CJC(JPRx)                          Date:  June 28, 2012

Title: ROBERT YORBA v. BANK OF NEW YORK MELLON, ET AL.

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Michelle Urie                                          N/A
Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS
CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM**

Plaintiff filed this action against Defendants asserting causes of action relating to the non-judicial foreclosure process initiated on his property.  Based upon a review of the complaint, it appears that Plaintiff's claims are not cognizable causes of action, inadequately pled, and/or based on theories of liability that are not viable.  Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to allege any cognizable claim.  Plaintiff shall file an opposition to the Court's order to show cause by July 9, 2012.  Defendants shall then have until July 16, 2012 to file a response.  This matter will be decided on the papers without a hearing.

jsk

MINUTES FORM 11
CIVIL-GEN                                            Initials of Deputy Clerk MU